**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SELLERS, | Case No. CV 18-7577-DMG (JPRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FBCS, Inc., *et al.*, | |
| Defendants. | |

On April 10, 2019, the Court granted the Motion for Judgment on the Pleadings filed by Defendants FBCS, Inc. and CP Medical, LLC.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered against Plaintiff Brittany Sellers and in favor of Defendants FBCS, Inc. and CP Medical, LLC.

DATED: April 10, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE